AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

Andrea Bell

v.

O'Reilly Automotive, Inc.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 2:06 CV 223-SRW

TO: (Name and address of defendant)
O'Reilly Automotive, Inc
c/o The Corporation Company
2000 Interstate Park Dr. Ste 204
Montgomery, Alabama 36109

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)
Andy Nelms
Jay Lewis
P.O. Box 5059
Montgomery, Alabama 36103

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within reasonable period of time after service.

*Debra P. Hackett*
CLERK

(BY) DEPUTY CLERK

DATE  3-13-06

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER (PRINT) | TITLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | 0.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
             Date

Signature of Server

Address of Server

___
(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.