**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

|.ıll.ıll....ıllll...lıl....ıIll
O'Reilly Automotive Inc.
c/o The Corporation Company
2000 Interstate Park Dr. Ste 204
Montgomery, Al 36109

2:06cv 223 -W

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _(signature)_      ☐ Agent
                     ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery
                                  3-14-06

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☒ Certified Mail      ☐ Express Mail
   ☐ Registered          ☒ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)           ☒ Yes

2. Article Number
   (Transfer from service label)     7005 0390 0000 5265 0509

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-154