**IN THE UNITED STATES DISTRICT COURT FOR**
**THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| ANDREA BELL, | * | |
| Plaintiff | * | |
| | * | |
| v. | * | CIVIL ACTION NO.: 2:06cv223-SRW |
| | * | |
| O'REILLY AUTOMOTIVE, INC., | * | |
| Defendant. | * | |

**REPORT OF THE PARTIES' PLANNING MEETING**

1.    **Appearances.**  Pursuant to Fed. R. Civ. P. 26(f), a teleconference was held on May 12, 2006 among the following participants:

Andy Nelms
Law Offices of Jay Lewis, LLC
Attorney for Plaintiff

H. William Wasden & Kristin T. Ashworth
Attorneys for Defendant

2.    **Pre-Discovery Disclosures.**  The parties will exchange by June 23, 2006, the information required by Fed. R. Civ. P. 26(a)(1).

3.    **Discovery Plan.**  The parties jointly propose to the court the following discovery plan:

    a.    Discovery will be needed on the following subjects:

        1.    All information pertaining to Plaintiff's claims and damages.

        2.    All information pertaining to Defendants' defenses.

    b.    All discovery commenced in time to be completed by March 28, 2007.

    c.    There will be a maximum of 30 interrogatories by each party to any other party. The responses will be due 30 days after service.

    d.    There will be a maximum of 30 requests for production of documents by each party to any other party.  The responses will be due 30 days after service.

    e.    There will be a maximum of 30 requests for admission by each party to any other party.  Responses will be due 30 days after service.

f.      The parties agree that no more than 10 depositions may be taken by a party without leave of the Court or agreement of the parties.  Each deposition is limited to a maximum of 7 hours unless extended by agreement of the parties.

g.      Reports from retained experts under Rule 26(a)(2) will be due from Plaintiff by November 15, 2006, and from Defendant by December 15, 2006.

h.      Supplementation of the disclosures under Rule 26(e) will be due within 30 days before the end of the discovery period.

4.      **Other items.**

a.      **Scheduling Conference**

The parties do not request a conference with the court before entry of the scheduling order.

b.      **Pretrial Conference**

The parties request a pretrial conference in May 2007.

c.      **Additional Parties, Claims and Defenses**

The parties must join additional parties and amend the pleadings by August 18, 2006.

d.      **Dispositive Motions**

All potentially dispositive motions should be filed by February 28, 2007.

e.      **Settlement**

Settlement and the possibility of mediation cannot be evaluated until some discovery is completed.

f.      **Trial Evidence**

The final list of witnesses and trial evidence under Rule 26(a)(3) should be due three weeks before trial.  The parties should have 14 days after service to list objections under Rule 26(a)(3).

g.      **Trial Date**

This case should be ready for trial by June 4, 2007, and at this time is expected to take approximately 3 days of trial time.

Date: May 15, 2006

**s/ANDY NELMS**
K. ANDERSON NELMS (NEL022)
P.O. Box 5059
Montgomery, AL 36103
Phone: (334) 263-7733
Fax: (334) 832-4390
andynelms@jaylewislaw.com
ASB-6972-E63K


**s/ KRISTIN T. ASHWORTH**
H. WILLIAM WASDEN  (WASDH4276)
hww@bowronlatta.com
KRISTIN T. ASHWORTH  (ASHWK4318)
kta@bowronlatta.com
BOWRON, LATTA & WASDEN, P.C.
Post Office Box 16046
Mobile, Alabama  36616
Telephone: (251) 344-5151
Facsimile:  (251) 344-9696
Attorneys for O'Reilly Automotive, Inc.