IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ANDREA BELL, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CIVIL ACTION NO.: 2:06cv223-SRW |
| | * | |
| O'REILLY AUTOMOTIVE, INC., | * | |
| | * | |
| Defendant. | * | |

### Consent to Jurisdiction by a United States Magistrate Judge

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party to the above-captioned civil matter who previously has indicated their consent to the jurisdiction of a Magistrate Judge of this Court, hereby confirms in writing their consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including trial, and ordering the entry of a final judgment.

_May 15, 2006_
Date

Kristin T. Ashworth (ASHWK4318)
Counsel for Defendant O'Reilly Automotive, Inc.
BOWRON, LATTA & WASDEN, P.C.
Post Office Box 16046
Mobile, Alabama 36616
Telephone: (251) 344-5151
Facsimile: (251) 344-9696

## CERTIFICATE OF SERVICE

I hereby certify that I have on this the 15th day of May, 2006 served a copy of the foregoing upon counsel of record by placing same in the United States Mail, properly addressed and first-class postage prepaid as follows:

Andy Nelms, Esq.
Law Offices of Jay Lewis
P. O. Box 5059
Montgomery, Alabama  36103

_____
Counsel