IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ANDREA BELL, | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| v. | * | CIVIL ACTION NO.: 2:06cv223-SRW |
| | * | |
| O'REILLY AUTOMOTIVE, INC., | * | |
| | * | |
| Defendant. | * | |

**RECEIVED**
2006 JUN -1  P 3:12
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

**Consent to Jurisdiction by a United States Magistrate Judge**

In accordance with the provision of Title 28, U.S.C. Section 636(c), the undersigned party to the above captioned civil matter who previously has indicated their consent to the jurisdiction of a Magistrate Judge of this Court, hereby confirms in writing their consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including trial, and ordering the entry of final judgment.

RESPECTFULLY submitted this the _1st_ day of June, 2006.

_____
K. ANDERSON NELMS

P.O. Box 5059
Montgomery, AL 36103
Phone: (334) 263-7733
Fax: (334) 832-4390
andynelms@jaylewislaw.com
ASB-6972-E63K
Counsel for Plaintiff