# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| ANDREA BELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-cv-00223-SRW |
| | ) | |
| O'REILLY AUTOMOTIVE, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## NOTICE OF SERVICE OF SUBPOENA

Defendant O'Reilly Automotive, Inc. hereby notifies the Court that they have issued a subpoena for documents to the following:

    Henry G. Johnson, M.D.
    Attn:  Custodian of Records
    2601 Woodley Park Drive
    Montgomery, Alabama  36116


        Respectfully submitted,


        **/s/ Kristin T. Ashworth**
        H. WILLIAM WASDEN         (WASDH4276)
        hww@bowronlatta.com
        KRISTIN T. ASHWORTH     (ASHWK4318)
        kta@bowronlatta.com
        Attorneys for O'Reilly Automotive, Inc.


OF COUNSEL:

BOWRON, LATTA & WASDEN, P.C.
Post Office Box 16046
Mobile, Alabama  36616
Telephone: (251) 344-5151
Facsimile:  (251) 344-9696

2

## CERTIFICATE OF SERVICE

I hereby certify that I have on this the 5th day of July, 2006 served a copy of the foregoing pleading upon counsel as provided below through this Court's CM/ECF system which will provide notification as follows:

j-lewis@jaylewislaw.com

**/s/ Kristin T. Ashworth**