UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ANDREA BELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-cv-00223-SRW |
| | ) | |
| O'REILLY AUTOMOTIVE, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**MOTION FOR PROTECTIVE ORDER**

Defendant O'REILLY AUTOMOTIVE, INC. ("O'Reilly") moves this Court to issue a Protective Order. In further support thereof, O'Reilly states as follows.

1. Plaintiff has requested the production of confidential documents in this matter, including the "personnel files" of some of O'Reilly's former or current employees who are not parties to this litigation. O'Reilly intends to protect confidential or sensitive information regarding its current or former employees who are not parties to this litigation which are reasonably deemed by O'Reilly to be confidential or sensitive.

2. Accordingly, before the requested information is provided to Plaintiff, O'Reilly seeks protection from the Court to ensure that (1) the requested information not be disseminated to outside parties; (2) that other documents and information regarding O'Reilly's former or current employees who are not parties to this litigation which are reasonably deemed by O'Reilly to be confidential or sensitive which may be produced in this litigation not be used outside of the confines of the instant litigation; and (3) said information will be subject to restrictions imposed by a Court-approved Protective Order pursuant to Federal Rule of Civil Procedure 26(c).

4. The attached Protective Order (Exhibit "A") achieves the goals of protecting O'Reilly's said information. Furthermore, it will facilitate the efficient handling of this matter if the attached Protective Order is entered now to govern other case preparation matters.

5. Pursuant to Federal Rule of Civil Procedure 26(c), O'Reilly has conferred with Plaintiff's counsel who consents to the entry of the attached proposed Protective Order.

WHEREFORE, Defendant O'Reilly Automotive, Inc. moves this Court for an entry of the attached Protective Order pursuant to Rule 26(c) of the Federal Rules of Civil Procedure.

Respectfully submitted,

**/s/ H. William Wasden**
H. WILLIAM WASDEN    (WASDH4276)
hww@bowronlatta.com
KRISTIN T. ASHWORTH    (ASHWK4318)
kta@bowronlatta.com
Attorneys for O'Reilly Automotive, Inc.

OF COUNSEL:

BOWRON, LATTA & WASDEN, P.C.
Post Office Box 16046
Mobile, Alabama 36616
Telephone: (251) 344-5151
Facsimile: (251) 344-9696

**CERTIFICATE OF SERVICE**

    I hereby certify that I have on this the 25th day of January, 2007 served a copy of the foregoing pleading upon counsel as provided below through this Court's CM/ECF system which will provide notification as follows:

    j-lewis@jaylewislaw.com

                                      **/s/ Kristin T. Ashworth**