UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANDREA BELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 2:06-cv-00223-SRW |
| | ) |
| O'REILLY AUTOMOTIVE, INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |

**MOTION FOR SUMMARY JUDGMENT**

Defendant O'REILLY AUTOMOTIVE, INC. ("O'Reilly") moves this Court pursuant to Rule 56 of the Federal Rules of Civil Procedure for summary judgment in its favor on all claims asserted by Plaintiff Andrea Bell ("Bell") in this action. As grounds therefore, O"Reilly shows unto this Court that there is no genuine issue of material fact and that O'Reilly is entitled to judgment as a matter of law on Bell's claims. This motion is based upon the pleadings, the discovery, and the *Brief in Support of Motion for Summary Judgment*.

WHEREFORE, these premises considered, O'Reilly moves this Court for an Order granting summary judgment in its favor and against Bell on all claims asserted by O'Reilly herein, and granting O'Reilly such other, further or different relief to which it may be entitled.

Respectfully submitted,

/s/ H. William Wasden
H. WILLIAM WASDEN   (WASDH4276)
hww@bowronlatta.com
KRISTIN T. ASHWORTH   (ASHWK4318)
kta@bowronlatta.com
Attorneys for O'Reilly Automotive, Inc.

1

OF COUNSEL:

BOWRON, LATTA & WASDEN, P.C.
Post Office Box 16046
Mobile, Alabama 36616
Telephone: (251) 344-5151
Facsimile: (251) 344-9696

**CERTIFICATE OF SERVICE**

    I hereby certify that I have on this the 5th day of February, 2007 served a copy of the foregoing pleading upon counsel as provided below through this Court's CM/ECF system which will provide notification as follows:

j-lewis@jaylewislaw.com

                                             **/s/ Kristin T. Ashworth**