UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

ANDREA BELL,                               )
                                           )
        Plaintiff,                         )
                                           )
v.                                         )        CASE NO. 2:06-cv-00223-SRW
                                           )
O'REILLY AUTOMOTIVE, INC.,                 )
                                           )
        Defendant.                         )
                                           )

## AFFIDAVIT OF EMILY TERRY BUCHHOLZ

STATE OF MISSOURI

COUNTY OF GREENE

Personally appeared before me, the undersigned Notary Public, in and for said State and County, EMILY TERRY BUCHHOLZ, who is known to me and who by me being duly sworn, deposes and says as follows:

1.    My name is Emily Terry Buchholz. I have personal knowledge of the facts stated in this Affidavit.

2.    From February 2, 2005 through November 27, 2005, I was employed with O'Reilly Automotive, Inc. ("O'Reilly") as Team Member Relations Coordinator in Springfield, Missouri. O'Reilly is a retail distributor of automobile parts headquartered in Springfield.

3.    While employed as Team Member Relations Coordinator, my responsibilities and job duties included enforcement of O'Reilly's EEO policy, disciplinary action, policy matters, team member relation issues, and management of the company's leave of absence program. As such, I am very familiar with O'Reilly's EEO policy and all other policies and procedures which pertain to, regard, or affect O'Reilly's employees. O'Reilly is an equal opportunity employer and does not discriminate against its employees on the basis of race, gender, religion, disability,



or any other protected characteristic. Attachments A and B to this Affidavit are true and correct copies of O'Reilly's EEO Statement as it appears in both the employee handbook and the policy manual, respectively. Attachment C to this Affidavit is O'Reilly's policy regarding pregnant employees, which provides as follows:

> Applicants and team members who are pregnant whey they apply for employment or who become pregnant while employed by O'Reilly Automotive, Inc. will not be discriminated against with respect to hiring, promotion, firing, compensation, or other terms, conditions or privileges of employment and they will not be placed on medical leave if they are able to perform the physical requirements of their job. In the event a pregnancy-related medical restriction impacts an applicant or team member's ability to perform certain job functions, it will be treated in the same way as other non-work-related illnesses or conditions.

O'Reilly enforces and adheres to these policies and does not discriminate against its employees who are pregnant.

    4.    I remember Andrea Bell, a former employee of O'Reilly Store No. 1126, and I recall the circumstances of her termination by O'Reilly. She was employed with O'Reilly as a Delivery Specialist. A true and correct copy of the Delivery Specialist job description is attached hereto as Attachment D.

    6.    In late June 2005, I was informed by Heidi Enloe, Team Member Relations Specialist, that she had received a phone call from Ms. Bell inquiring as to her eligibility for a leave of absence, specifically, for maternity leave.

    7.    After speaking with Ms. Enloe, I contacted Chris McClenny, Store No. 1126 Manager to discuss Ms. Bell's inquiry.

    8.    I learned through my conversation with Mr. McClenny that he had been keeping Ms. Bell in the store so as not to make as many deliveries because she had told him that she could not lift the heavier items. I advised Mr. McClenny to send Ms. Bell to her physician with a

2

copy of her job description, so that we could determine whether her physician had her on any restrictions.

9.     Mr. McClenny soon thereafter informed me that he had just learned that Ms. Bell was on thirty-pound lifting restrictions. Up until this time, neither I nor anyone in Corporate Team Member Relations (O'Reilly's Human Resources Department) had knowledge of Ms. Bell having any work restrictions.

9.     As Ms. Bell's position with O'Reilly was a Delivery Specialist, which required her to carry and lift between twenty-six to fifty pounds one to two hours per day and between fifty-one to seventy-five pounds one to two hours per day, she could not perform all of the requirements of her position because of her restriction. In accordance with O'Reilly's Work Restriction Policy, all "employees must be able to perform all job functions and physical requirements of their jobs, or else they will need to take time off from work"; a true and correct copy of that is attached hereto as Attachment E and further provides as follows:

> Team members may on occasion sustain a non-work related injury or illness that results in a limitation of their ability to perform certain functions of their job. As a general rule, employees must be able to perform all job functions and physical requirements of their jobs, or else they will need to take time off from work.
>
> If a team member brings in a medical restriction from his or her doctor, this information should be communicated immediately to Corporate Team Member Relations.
>
> Likewise, Corporate Team Member Relations should be notified as soon as possible if a store manager, district manager, distribution center supervisor, or another member of management has reason to believe that a team member is limited in his or her ability to perform his or her job. In turn, Corporate Team Member Relations will assist store/distribution center management in reviewing the situations on a case-by-case basis to determine whether the team member is able to perform all job functions and physical requirements despite his or her restriction, or whether the team member will need to be placed in a leave-of-absence status, or whether it is acceptable to accommodate the team member's restriction on a short-term basis.

3

**Unless the arrangement has been reviewed and approved by Corporate Team Member Relations, store management is not authorized to permit a team member to continue working with medical restrictions that interfere with the performance of his or her job.**

The policy and process described above applies to all situations involving non-work-related injuries or illnesses. It also applies to pregnancy, childbirth, and related medical conditions, which are treated in the same way as other non-work-related illnesses or conditions.

O'Reilly enforces and adheres to this policy and does not discriminate against its employees who are pregnant (or any other employees).

10.     In accordance with O'Reilly's Work Restriction Policy, I had to determine whether Ms. Bell could be placed in a leave of absence status, or whether O'Reilly could accommodate her restrictions. I determined that it was unreasonable for O'Reilly to accommodate Ms. Bell's restriction because when other O'Reilly employees had to assist Ms. Bell to perform her job duties, those employees were having to perform her job duties, in addition to their own, which could create a significant hardship on the store and on the employees.

11.     I decided, therefore, that Ms. Bell would need to be placed in a leave of absence status but unfortunately, she was not eligible for a leave of absence under the Family and Medical Leave Act or under any of O'Reilly's leave of absence policies due to the fact that she had only been employed with O'Reilly for approximately four months. A personal leave of absence is available for employees who have been employed with O'Reilly for at least six months and work an average of twenty hours per week. A true and correct copy of O'Reilly's Personal Leave of Absence Policies is attached collectively hereto as Attachment F. Under the FMLA, Ms. Bell would have had to have been employed with O'Reilly for twelve months to be

4

eligible for a leave of absence. A true and correct copy of O'Reilly's FMLA Policies is attached collectively hereto as Attachment G.

12.    At this point, I advised Mr. McClenny to separate Ms. Bell's employment. Neither Mr. McClenny nor Ernie Golden, former District Manager of District No. 109 where Store No. 1126 is located, nor anyone else had any involvement whatsoever in making the decision to terminate Ms. Bell. That decision exclusively was mine, made in accordance with O'Reilly's policies (as outlined above) and in a non-discriminatory manner. Ms. Bell was not terminated because she was pregnant or for any reason related to her gender.

6.    In District 109, from June 2003 to July 2005, a total of seven employees were separated from their employment because they could not perform the requirements of their job and they were not eligible for a leave of absence. Four of these employees were male. True and correct copies of those individuals' Termination Report Forms are attached collectively hereto as Attachment H.

Further affiant sayeth not.

**THE REST OF THIS PAGE IS INTENTIONALLY LEFT BLANK.**

5

EMILY TERRY BUCHHOLZ

Sworn to and subscribed before me this 2<u>nd</u> day of February , 2007.

NOTARY PUBLIC - STATE AT LARGE
My commission expires:

Aug. 2, 2009



Laura J. Stephens  Comm.#05700183
Greene County        State of Missouri
My Commission Expires Aug. 2, 2009

6

**Section: JOINING THE TEAM**
**SubSection: EQUAL OPPORTUNITIES**
Last Modified: 08/24/2004

**O'Reilly Auto Parts**
**Team Member Handbook**

We are an equal opportunity employer. As a result, we evaluate team members and applicants based on skills and performance and do not discriminate on the basis of race, religion, color, national origin, sex, pregnancy, age, military obligation, or disability. This applies to all areas of employment, including recruitment, hiring, pay, promotion, job assignment, etc.



EXHIBIT
A

**◆Previous**     **◆Table of Contents**     **🖶Print**     **🔍Search**     **Next ◆**

**Section: 100 - Employment**
**SubSection: 103 - Equal Employment Opportunity**
Last Modified: 06/22/2004

O'Reilly Auto Parts
Policy Manual

**O'Reilly Auto Parts** is an **equal opportunity** employer. It is the policy of the company to treat all applicants for employment and all team members in a manner which does not discriminate against them because of their race, religion, color, national origin, sex, pregnancy, age, military obligation, or disability.

- This policy applies to all practices, terms, conditions, and privileges of employment including, but not limited to, recruitment, hiring, new team member training, placement and team member training/development, promotion, transfer, compensation, benefits, social and recreational programs, team member facilities, termination and retirement.
- While the company does not advocate quotas, it is committed to a regular review of the status and proportion of minority and female team members in relation to the composition of the local/area labor force. Affirmative and positive action will be taken to ensure that **equal opportunities** are provided to all team members (based upon their proven ability) and that all of the company's employment practices are nondiscriminatory.
- The responsibility for monitoring the company's compliance with this policy rests with the Vice President of Human Resources; however, an effective **equal employment opportunity** program cannot be achieved without the support of all O'Reilly team members. All supervisory/management team members are expected to support and abide by this policy, and any team member who feels he or she is the victim of discrimination has a responsibility to report this fact to the supervisor or Human Resources Department.
- Retaliation against any team member for filing a complaint relative to this policy is strictly prohibited.

**◆Previous**     **◆Table of Contents**     **🖶Print**     **🔍Search**     **Next ◆**



EXHIBIT
**B**

**●Previous**    **●Table of Contents**    **🖨Print**    **🔍Search**    **Next ●**

**Section: 100 - Employment**                          **O'Reilly Auto Parts**
**SubSection: 103a - Pregnancy Policy**                        **Policy Manual**
Last Modified: 06/23/2004

Applicants and team members who are pregnant when they apply for employment or who become pregnant while employed by O'Reilly Automotive, Inc. will not be discriminated against with respect to hiring, promotion, firing, compensation, or other terms, conditions or privileges of employment and they will not be placed on medical leave if they are able to perform the physical requirements of their job. In the event a pregnancy-related medical restriction impacts an applicant or team member's ability to perform certain job functions, it will be treated in the same way as other non-work-related illnesses or conditions.

**●Previous**    **●Table of Contents**    **🖨Print**    **🔍Search**    **Next ●**



◀**Previous**    ●**Table of Contents**    🖨**Print**    🔍**Search**    **Next** ▶

**Section: 1200 - Human Resources/Payroll**
**SubSection: 1212 - O'Reilly Delivery Specialist Job Description**
Last Modified: 12/02/2002

**O'Reilly Auto Parts**
**Store Operations Manual**

## O'REILLY DELIVERY SPECIALIST

### Job Description

Deliver parts and/or products to installer customers in a safe and efficient manner. Collect money on C.O.D. deliveries and pick up customer returns.

### Essential Job Functions

**1.** Drive company vehicle to deliver parts and products to customer. Must have legally required state driver's license.

**2.** Pick up customer returns, i.e., new, warranty, cores, etc.

**3.** Maintain daily trip sheets on deliveries and return merchandise.

**4.** Responsible for monies collected on daily deliveries.

**5.** Project professional and personable image to maintain good customer relations. Communicate any problems or special needs from customer to store management.

**6.** Check fluid levels, i.e., oil, radiator, transmission, etc., prior to operating the vehicle each day.

**7.** Report vehicle maintenance needs immediately to the store manager.

**8.** Lock and secure vehicle at end of day's business.

**9.** Driver may be driving for **city route** in which case, "customers" are O'Reilly stores.

A. Responsibilities include those above with the exceptions of 2, 3, and 4 and other job functions as noted below.

B. Deliveries must be made according to set schedule and any delays reported to city delivery supervisor and/or stores remaining on route.

### Other Job Functions

**EXHIBIT**
**D**

**Previous**    **Table of Contents**    **Print**    **Search**    **Next**

Section: 200 - Benefits
SubSection: 217 - Work Restrictions
Last Modified: 05/17/2005

O'Reilly Auto Parts
Policy Manual

## WORK RESTRICTIONS DUE TO NON-WORK-RELATED

## MEDICAL CONDITIONS (INCLUDING OFF-THE-JOB
## INJURY OR ILLNESS OR PREGNANCY)

Team members may on occasion sustain a non-work-related injury or illness that results in a limitation of their ability to perform certain functions of their job. As a general rule, employees must be able to perform all job functions and physical requirements of their jobs or else they will need to take time off from work.

If a team member brings in a medical restriction from his or her doctor, this information should be communicated immediately to Corporate Team Member Relations.

Likewise, Corporate Team Member Relations should be notified as soon as possible if a store manager, district manager, distribution center supervisor, or another member of management has reason to believe that a team member is limited in his or her ability to perform his or her job. In turn, Corporate Team Member Relations will assist store/distribution center management in reviewing the situations on a case-by-case basis to determine whether the team member is able to perform all job functions and physical requirements despite his or her restriction, or whether the team member will need to be placed in a leave-of-absence status, or whether it is acceptable to accommodate the team member's restriction on a short-term basis.

**Unless the arrangement has been reviewed and approved by Corporate Team Member Relations, store management is not authorized to permit a team member to continue working with medical restrictions that interfere with the performance of his or her job.**

The policy and process described above applies to all situations involving non-work-related injuries or illnesses. It also applies to pregnancy, childbirth, and related medical conditions, which are to be treated in the same way as other non-work-related illnesses or conditions.

**Previous**    **Table of Contents**    **Print**    **Search**    **Next**



EXHIBIT
tabbies
E

**Section: TEAM MEMBER BENEFITS**
**SubSection: PERSONAL LEAVE OF ABSENCE**
Last Modified: 08/24/2004

**O'Reilly Auto Parts**
**Team Member Handbook**

In today's fast-paced world, balancing work and family can be very challenging. To allow team member's time off from work to deal with illness or a family crisis not covered by Family and Medical Leave of Absence (FMLA), O'Reilly offers a Personal Leave of Absence (PLA).

A PLA is an unpaid leave and will be granted for the following reasons: a team member's serious illness or injury, to care for a team member's immediate family member with a serious illness or injury, or a family crisis. This leave is available to team members who have worked for O'Reilly for at least six months, but who do not qualify for FMLA. An approved PLA makes it possible for a team member to continue their employment and benefits during the period of the leave, but does not guarantee that the team member's job or a comparable job will be held open for them. Reinstatement after a PLA will depend entirely on the work available at the time the team member is scheduled to return to work.

A PLA may be requested for up to 42 calendar days. An application for PLA must be completed 30 days in advance (when the need for leave is foreseeable), and submitted to Corporate Human Resources Department for approval. Team members are entitled to a PLA only once in a 12-month period.



EXHIBIT
F

**Section: 200 - Benefits**                          **O'Reilly Auto Parts**
**SubSection: 212-A - Personal Leave of Absence**         **Policy Manual**
**Last Modified: 05/18/2004**

A **Personal Leave of Absence** will be granted to eligible, regular full-time and regular part-time team members who have worked for O'Reilly for at least six (6) months, and work an average of 20 hours or more per week, but do not qualify for a **Family and Medical Leave of Absence (FMLA)**. An approved **Personal Leave of Absence** makes it possible for a team members to continue their employment during the period of the leave, but does not guarantee that the team member's job or a comparable job will be held open for them.

A **Personal Leave of Absence** will be granted for the following reasons:

♦ A team member's serious illness or injury
♦ To care for a team member's immediate family member with a serious illness or injury
♦ A family crisis

Consideration will also be given to regular full-time and regular part-time team members who have been employed at least one year and request a **Personal Leave of Absence** for extreme circumstances which are not covered by **FMLA**; however, a **Personal Leave of Absence** cannot be used to extend an **FMLA**. These requests will be granted only with approval of the Human Resources Department.
**Leave Provisions:**

♦ Eligible team members may take up to 42 consecutive calendar days for a **Personal Leave of Absence**. The 42 days will be measured forward from the first day off work.

♦ A **Personal Leave of Absence** is an *unpaid* leave; however, awarded **vacation** must be taken in conjunction with any **Personal Leave of Absence** and awarded **sick time** must be taken in conjunction with any **Personal Leave of Absence** for a team member's own illness or injury, birth of a child, or placement of a child for adoption or foster care.

♦ An application for **Personal Leave of Absence** must be completed by the team member and submitted 30 days in advance or as soon as feasible in the case of an emergency.

♦ Due to the nature of our business, it may be necessary to fill the job vacated by the team member taking an approved **Personal Leave of Absence**. Therefore, reinstatement after a **Personal Leave of Absence** will depend entirely on the work available at the time. If the job that the team member vacated is not available on the date he or she is scheduled to return to work, the company with work with the team member to attempt to identify an available job for which the team member can qualify and perform the physical requirements. The rate of

EXHIBIT
G

🌐**Previous**    🌐**Table of Contents**    🖨**Print**    🔍**Search**    **Next** ⬛

**Section: TEAM MEMBER BENEFITS**

**SubSection: FAMILY AND MEDICAL LEAVE OF ABSENCE**

**Last Modified: 08/24/2004**

**O'Reilly Auto Parts**

**Team Member Handbook**

A Family and Medical Leave of Absence (FMLA) will be granted to eligible team members who have worked for O'Reilly at least one year and have worked a minimum of 1,250 hours over the previous 12 months. FMLA leave will be granted for the following reasons:

- The birth of a child or placement of a child for adoption or foster care within the home and to care for such child (within twelve months of birth or placement).
- A serious team member health condition that makes the team member unable to perform the functions of his or her job.
- To care for the team member's spouse, child, or parent with a serious health condition.

Some important provisions for you to be aware of when considering FMLA are:

- Eligible team members may take up to twelve workweeks of unpaid, job protected FMLA leave during a 12-month period.
- All requests for leave of absence must be submitted to the Human Resources Department on the Application for Family and Medical Leave of Absence form. A Certification of Health Care Provider form must accompany the application if the leave is being requested due to a serious health condition.
- FMLA requests must be submitted 30 days in advance or as soon as feasible in the case of an emergency.
- All FMLA must be approved by the team member's supervisor/manager and the Human Resources Department.
- In the case of a serious health condition (self or family member), the request for FMLA must be supported by a Certification of Health Care Provider from the team member's health care provider or the health care provider of the child, spouse, or parent.
- Team members who must be absent from work for more than 14 consecutive calendar days and who are not eligible for FMLA, Personal Leave of Absence, Military Leave of Absence, or accommodation under the Americans with Disabilities Act (ADA) will be terminated as of their last day of work. The fourteen day period will begin on the first day the team member is scheduled to work but is absent from work.
- Team members who qualify for FMLA and are absent from work for more than 14 consecutive calendar days due to a work-related injury or illness will be put on FMLA concurrently with their Workers' Compensation absence on the 15th calendar day of absence.
- Medical/dental insurance and all other optional insurance may be continued during the

◀Previous    ●Table of Contents    ▤Print    🔍Search    Next▶

**Section: 200 - Benefits**
**SubSection: 212 - Family and Medical Leave of Absence**
Last Modified: 09/28/2004

**O'Reilly Auto Parts**
**Policy Manual**

A **Family or Medical Leave of Absence (FMLA)** will be granted to eligible team members who have worked for O'Reilly at least one year and worked a minimum of 1250 hours during the previous twelve months. **FMLA** will be granted for the following reasons:

- **The birth of a child or placement of a child for adoption or foster care within the home** and to care for such child (within twelve months of birth or placement)
- **A serious team member health condition** that makes the team member unable to perform the functions of his or her job
- To care for the **team member's spouse, child, or parent with a serious health condition**

A **serious health condition** is defined as an illness, injury, impairment or physical condition that involves inpatient care; continuing treatment by a health care provider; and a period of incapacity of more than three work days.

## Leave Provisions:

- Eligible team members may take up to twelve work weeks of unpaid, job protected **FMLA** leave during a 12-month period.
- Available leave time will be calculated using the "looking back" method.
- All requests for leave of absence must be submitted to the Human Resources Department on the **Application for Family and Medical Leave of Absence** form. A **Certification of Health Care Provider** form must accompany the application if the leave is being requested due to a **serious health condition.**
- **FMLA** requests must be submitted 30 days in advance or as soon as feasible in the case of an emergency.
- All **FMLA** must be approved by the Human Resources Department.
- In the case of a **serious health condition** (self or family member), the request for **FMLA** must be supported by a **Certification of Health Care Provider** from the team member's health care provider or the health care provider of the child, spouse, or parent.
- Team members who must be absent from work for more than 14 consecutive calendar days and who are not eligible for **FMLA, Personal Leave of Absence, Military Leave of Absence, or accomodation under the Americans with Disabilities Act (ADA)** will be terminated as of their last day of work. The fourteen day period will begin on the first day the team member is scheduled to work but is absent from work.