UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANDREA BELL, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 2:06-cv-00223-SRW |
| O'REILLY AUTOMOTIVE, INC., | ) ) ) |
| Defendant. | ) ) |

**NOTICE OF FILING**

Defendant O'REILLY AUTOMOTIVE, INC. ("O'Reilly") submits this *Notice of Filing* evidence in support of its *Motion for Summary Judgment* and *Brief in Support of Motion for Summary Judgment:*

1. Affidavit of Emily Buchholz (Exhibit "A" to *Brief in Support of Motion for Summary Judgment*);

2. Andrea Bell Deposition Excerpts (Collective Exhibit "B" to *Brief in Support of Motion for Summary Judgment*);

3. Affidavit of Dolan E. Golden, Jr. (Exhibit "C" to *Brief in Support of Motion for Summary Judgment*).

Respectfully submitted,

/s/ H. William Wasden
H. WILLIAM WASDEN      (WASDH4276)
hww@bowronlatta.com
KRISTIN T. ASHWORTH    (ASHWK4318)
kta@bowronlatta.com
Attorneys for O'Reilly Automotive, Inc.

1

OF COUNSEL:

BOWRON, LATTA & WASDEN, P.C.
Post Office Box 16046
Mobile, Alabama 36616
Telephone: (251) 344-5151
Facsimile: (251) 344-9696

## CERTIFICATE OF SERVICE

    I hereby certify that I have on this the 5th day of February, 2007 served a copy of the foregoing pleading upon counsel as provided below through this Court's CM/ECF system which will provide notification as follows:

j-lewis@jaylewislaw.com

                                                **/s/ Kristin T. Ashworth**