UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANDREA BELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:06-cv-00223-SRW |
| | ) |
| O'REILLY AUTOMOTIVE, INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |

**REQUEST TO FILE DOCUMENTS UNDER SEAL**

Defendant O'REILLY AUTOMOTIVE, INC. ("O'Reilly") respectfully requests this Court accept under seal the collective Attachment H to the Affidavit of Emily Buchholz, which is Exhibit "A" to O'Reilly's *Brief in Support of Motion for Summary Judgment* contemporaneously being filed herewith. Attachment H consists of personnel materials of former O'Reilly employees who are not parties to this litigation and whose information is subject to the Protective Order entered by this Court on February 2, 2007. O'Reilly respectfully requests this Court accept said information under seal and consider it as evidence timely filed in support of O'Reilly's *Motion for Summary Judgment* and *Brief in Support of Motion for Summary Judgment*.

O'Reilly is contemporaneously herewith sending Attachment H via email to counsel for Plaintiff Andrea Bell ("Bell"). As such, there will be no prejudice to Bell if this request is granted, as her counsel is timely receiving this evidence being filed in support of O'Reilly's *Motion for Summary Judgment* and *Brief in Support of Motion for Summary Judgment.*

WHEREFORE O'Reilly Automotive, Inc. respectfully requests this Court grant this request.

Respectfully submitted,

**/s/ H. William Wasden**
H. WILLIAM WASDEN    (WASDH4276)
hww@bowronlatta.com
KRISTIN T. ASHWORTH    (ASHWK4318)
kta@bowronlatta.com
Attorneys for O'Reilly Automotive, Inc.

OF COUNSEL:

BOWRON, LATTA & WASDEN, P.C.
Post Office Box 16046
Mobile, Alabama 36616
Telephone: (251) 344-5151
Facsimile: (251) 344-9696

## CERTIFICATE OF SERVICE

I hereby certify that I have on this the 5th day of February, 2007 served a copy of the foregoing pleading upon counsel as provided below through this Court's CM/ECF system which will provide notification as follows:

j-lewis@jaylewislaw.com

**/s/ Kristin T. Ashworth**

2