IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANDREA BELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:06CV223-SRW |
| ) | |
| O'REILLY AUTOMOTIVE, INC., ) | |
| ) | |
| Defendant. ) | |

### **ORDER**

Upon consideration of the motion to seal filed by defendant on February 5, 2007 (Doc. # 17), it is ORDERED that plaintiff may respond to the motion on or before March 6, 2007.

It is further ORDERED that plaintiff may respond to defendant's motion for summary judgment (Doc. # 14) on or before March 15, 2007. Defendant may file a reply brief on or before March 23, 2007. Upon conclusion of the briefing schedule, the court will take the motion under submission without oral argument. If the court determines that oral argument is necessary, it will set a hearing date.

Done, this 28 day of February, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE