UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ANDREA BELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-cv-00223-SRW |
| | ) | |
| O'REILLY AUTOMOTIVE, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**JOINT SETTLEMENT REPORT**

Pursuant to the applicable Scheduling Order, Plaintiff ANDREA BELL and Defendant O'REILLY AUTOMOTIVE, INC., by and through their respective undersigned counsel of record, hereby notify the Court that the parties are evaluating the possibility of settlement. There is a potential for settlement, and the undersigned counsel will keep the Court apprised of all progress regarding the same, abiding by all Scheduling Order deadlines in the interim.

Respectfully submitted,

**/s/ Andy Nelms (by Kristin T. Ashworth, with consent)**
Attorney for Andrea Bell

**/s/ Kristin T. Ashworth**
H. WILLIAM WASDEN     (WASDH4276)
hww@bowronlatta.com
KRISTIN T. ASHWORTH     (ASHWK4318)
kta@bowronlatta.com
Attorneys for O'Reilly Automotive, Inc.

1

OF COUNSEL:
BOWRON, LATTA & WASDEN, P.C.
Post Office Box 16046
Mobile, Alabama  36616
Telephone: (251) 344-5151
Facsimile:  (251) 344-9696

2