IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ANDREA BELL, | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| v. | * | CIVIL ACTION NO.: 2:06cv223-SRW |
| | * | |
| O'REILLY AUTOMOTIVE, INC., | * | |
| | * | |
| Defendant. | * | |

**RESPONSE TO MOTION TO FILE UNDER SEAL**

COMES NOW the Plaintiff, Andrea Bell, responding to the Defendant's Motion to File documents under seal (Court Doc. #17). The Plaintiff states she has no objection to the Defendant's motion.

RESPECTFULLY submitted this the _6th_ day of March, 2007.

/s/ K. Anderson Nelms
K. ANDERSON NELMS
P.O. Box 5059
Montgomery, AL 36103
Phone: (334) 263-7733
Fax: (334) 832-4390
andynelms@jaylewislaw.com
ASB-6972-E63K
Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that I have served the foregoing on the following parties and/or counsel by placing a copy of the same in the United States mail, postage prepaid and properly addressed, or by hand delivery on this_6th_ day of March, 2007.

H. William Wasden
Kristin T. Ashworth
Bowron, Latta & Wasden, P.C.
P.O. Box 16046
Mobile, AL 36616

/s/ K. Anderson Nelms

K. ANDERSON NELMS  
P.O. Box 5059  
Montgomery, AL 36103  
Phone: (334) 263-7733  
Fax: (334) 832-4390  
andynelms@jaylewislaw.com  
ASB-6972-E63K  
Counsel for Plaintiff