IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANDREA BELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:06cv223-SRW |
| ) | (WO) |
| O'REILLY AUTOMOTIVE, INC., ) | |
| ) | |
| Defendant. ) | |

**ORDER**

This action is presently before the court on defendant's motion for leave to file Attachment H to the affidavit of Emily Buchholz under seal (Doc. # 17). Plaintiff has no objection to the motion. (Doc. # 20). Upon consideration of the motion, and for good cause, it is

ORDERED that the motion is GRANTED. Defendant may file Attachment H, under seal, on or before March 14, 2007.

DONE, this 9th day of March, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE