## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| ANDREA BELL, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>O'REILLY AUTOMOTIVE, INC., )<br>)<br>Defendant. )<br>) | CASE NO. 2:06-cv-00223-SRW |

## MOTION FOR ENLARGEMENT OF TIME

Plaintiff ANDREA BELL and Defendant O'REILLY AUTOMOTIVE, INC. move this Court for an additional fourteen (14) days within which to file the joint stipulation of dismissal, which is otherwise due today, March 28, 2007. The parties respectfully show unto the Court that they are working in good faith to finalize the settlement documents and anticipate that such documents will be finalized within fourteen days.

WHEREFORE the parties respectfully request an additional 14 days within which to file the joint stipulation of dismissal.

Respectfully submitted,

**/s/ K. Anderson Nelms**
Attorney for Andrea Bell


**/s/ H. William Wasden**
H. WILLIAM WASDEN      (WASDH4276)
hww@bowronlatta.com
KRISTIN T. ASHWORTH    (ASHWK4318)
kta@bowronlatta.com
Attorneys for O'Reilly Automotive, Inc.

OF COUNSEL:

BOWRON, LATTA & WASDEN, P.C.
Post Office Box 16046
Mobile, Alabama  36616
Telephone: (251) 344-5151
Facsimile:  (251) 344-9696