UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ANDREA BELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-cv-00223-SRW |
| | ) | |
| O'REILLY AUTOMOTIVE, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**MOTION FOR ENLARGEMENT OF TIME**

Plaintiff ANDREA BELL and Defendant O'REILLY AUTOMOTIVE, INC. move this Court for an additional fourteen (14) days within which to file the joint stipulation of dismissal, which is otherwise due today, March 28, 2007. The parties respectfully show unto the Court that they are working in good faith to finalize the settlement documents and anticipate that such documents will be finalized within fourteen days.

WHEREFORE the parties respectfully request an additional 14 days within which to file the joint stipulation of dismissal.

Respectfully submitted,

/s/ K. Anderson Nelms
Attorney for Andrea Bell

**MOTION GRANTED**
THIS 29th DAY OF March, 2007
_____
UNITED STATES MAGISTRATE JUDGE

/s/ H. William Wasden
H. WILLIAM WASDEN    (WASDH4276)
hww@bowronlatta.com
KRISTIN T. ASHWORTH    (ASHWK4318)
kta@bowronlatta.com
Attorneys for O'Reilly Automotive, Inc.

1