UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ANDREA BELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-cv-00223-SRW |
| | ) | |
| O'REILLY AUTOMOTIVE, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**JOINT STIPULATION OF DISMISSAL**

COME NOW the Plaintiff ANDREA BELL and Defendant O'REILLY AUTOMOTIVE, INC., by and through their respective undersigned counsel of record, and stipulate to the dismissal of the above-styled action with prejudice, each party to bear their own costs of this action.

Respectfully submitted,

**/s/ Andy Nelms (by Kristin T. Ashworth, with consent)**
Attorney for Andrea Bell

**/s/ Kristin T. Ashworth**
H. WILLIAM WASDEN       (WASDH4276)
hww@bowronlatta.com
KRISTIN T. ASHWORTH    (ASHWK4318)
kta@bowronlatta.com
Attorneys for O'Reilly Automotive, Inc.

1

2

OF COUNSEL:
BOWRON, LATTA & WASDEN, P.C.
Post Office Box 16046
Mobile, Alabama 36616
Telephone: (251) 344-5151
Facsimile:  (251) 344-9696