IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANDREA BELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )     CIVIL ACTION NO.2:06cv223-SRW |
| | ) |
| O'REILLY AUTOMOTIVE, INC., | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

Pursuant to the joint stipulation of dismissal filed by the parties on April 11, 2007, it is the ORDER, JUDGMENT and DECREE of the court that this cause be and hereby is DISMISSED with prejudice with each party to bear its own costs.

DONE, this 11th day of April, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE